14-MC-05027-ORD

FILED _____ LODGED _____
RECEIVED _____
NOV 20 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAN JUAN CONSTRUCTION, INC.,

Plaintiff,

v.

R. CUSTOM EXCAVATION, INC., and UPPER HUDSON NATIONAL INSURANCE GROUP,

Defendants,

M&T SECURITIES, INC.,

Garnishee.

MC14-5027 BHS

ORDER TO ISSUE A WRIT OF GARNISHMENT -- UPPER HUDSON NATIONAL INSURANCE GROUP

THIS MATTER came before the Court on Plaintiff San Juan Construction, Inc.'s Application for a Writ of Garnishment for debts other than earnings due and owing Defendant/Judgment Debtor Upper Hudson National Insurance Group from M&T Securities, Inc., the garnishee.

The Court, having reviewed the pleadings herein, it is hereby ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against M&T Securities, Inc., whose address is One M&T Plaza, 345 Main Street, Buffalo, NY, 14203.

DATED this 20 day of November, 2014.

_____
United States District Judge

ORDER TO ISSUE WRIT OF GARN. - 1
DWT 25413378v1 0085000-002270

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP
Attorneys for San Juan Construction, Inc.

By _____
John C. Theiss, WSBA #24488
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: 206-757-8154
Fax: 206-757-7154
E-mail: johntheiss@dwt.com

ORDER TO ISSUE WRIT OF GARN. - 2
DWT 25413378v1 0085000-002270

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax