UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAN JUAN CONSTRUCTION, INC., <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br> R. CUSTOM EXCAVATION, INC., and UPPER HUDSON NATIONAL INSURANCE GROUP <br><br>　　　　　　Defendants, <br><br> M&T SECURITIES, INC., <br><br>　　　　　　Garnishee. | NO: 3:14-mc-05027-BHS <br><br> **JUDGMENT ON ANSWER AND ORDER TO PAY** <br><br> (JDAGD) |

　　　This matter came before the Court on Plaintiff San Juan Construction, Inc.'s Motion for Judgment on Answer and Order to Pay.  Pursuant to RCW 6.27.250(1) and Federal Rule of Civil Procedure 69, the Court, having reviewed the Motion and pleadings and records on file herein,

　　　IT IS HEREBY ORDERED that Plaintiff's Motion is granted.  Garnishee M&T Securities, Inc., is ordered to pay $201,142.92 to the Court registry.  The Court finds this amount is in accordance with the funds of Defendant Upper Hudson National Insurance Group that M&T Securities, Inc., reported it had in its possession or control in the Answer to the Writ of Garnishment that M&T Securities, Inc., filed with the Court.  (Dkt. 4)

　　　The Court also finds that pursuant to RCW 6.27.250(1), San Juan Construction, Inc., has submitted the required certificate of service of the Writ of Garnishment and Application on Upper Hudson National Insurance Group.  (Dkt. 5)  Upper Hudson National Insurance Group failed to controvert M&T Securities, Inc.'s Answer to the Writ of Garnishment within its 20-day period to do so under RCW 6.27.210.

　　　Garnishee M&T Securities, Inc., shall make payment of $201,142.92 out to the United States District Court, Western District of Washington, referencing Case No. MC14-5027-BHS

JUDGMENT AND ORDER TO PAY (JDAGD) - 1
3:14-mc-05027-BHS
DWT 25619916v1 0086794-000032

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

and C14-5722-RBL, and delivered either personally or by First Class Mail to:

>United States District Court
>Western District of Washington
>Attn: Financial Clerk – Lobby Level
>700 Stewart Street
>Seattle, Washington 98101

The clerk of the court shall note receipt of the funds and is ordered to forthwith disburse such payment to Mr. John C. Theiss, Plaintiff's counsel.

Payment of these funds shall be applied to the outstanding judgment Upper Hudson National Insurance Group owes San Juan Construction, Inc., in Case No. C14-5722-RBL. This judgment and order is in conformance with the requirements of RCW 6.27.265.

M&T Securities, Inc., as garnishee is advised that failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated this 26th day of January, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Court Address:

United States District Court
1717 Pacific Avenue, Room 3100
Tacoma, Washington 98402-3200


Presented by:

_____
Attorney for Plaintiff
John C. Theiss, WSBA #24488
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045

JUDGMENT AND ORDER TO PAY (JDAGD) - 2
3:14-mc-05027-BHS
DWT 25619916v1 0086794-000032

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax